DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATIAS CARDENAS-PINEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00060 AWI-DLB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; |
| v. | ORDER |
| MATIAS CARDENAS-PINEDA, | Date: May 7, 2012 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian L. Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Matias Cardenas-Pineda, that the hearing currently set for April 30, 2012 at 10:00 a.m., **may be rescheduled to May 7, 2012 at 10:00 a.m.**

This continuance is requested by counsel for the defendant due to logistical issues related to transporting inmates to and from the Lerdo detention facility for attorney-client interview. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 26, 2012         /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant United States Attorney
                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: April 26, 2012         /s/ Peggy Sasso
                              PEGGY SASSO
                              Assistant Federal Defender
                              Attorney for Defendant
                              Matias Cardenas-Pineda


**ORDER**

IT IS SO ORDERED.

Dated:    April 26, 2012      _____
                              CHIEF UNITED STATES DISTRICT JUDGE